PETITIONING CREDITORS

| | | |
|---|---|---|
| Electrical Workers Local No. 26 Pension Trust Fund<br>10003 Derekwood Lane<br>#103<br>Lanham, MD 20706 | Contributions Due under collective Bargaining Agreement | $106,494.33 |
| Electrical Welfare Trust Fund<br>10003 Derekwood Lane<br>#103<br>Lanham, MD 20706 | Contributions Due under collective Bargaining Agreement | $255,424.68 |
| Electrical Local No. 26 Joint Apprenticeship and Training Trust Fund<br>10003 Derekwood Lane<br>#103<br>Lanham, MD 20706 | Contributions Due under collective Bargaining Agreement | $26,590.52 |
| Electrical Workers Local No. 26 Individual Account Fund<br>10003 Derekwood Lane<br>#103<br>Lanham, MD 20706 | Contributions Due under collective Bargaining Agreement | $89,278.98 |
| The National Electrical Benefit Fund National Electrical Contractors Assoc Washington D.C. Chapter<br>4500 Evergreen Lane<br>Suite 335<br>Annandale, VA 22003 | Contributions Due under collective Bargaining Agreement | $ 50,549.59 |